

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2019

No. 04-18-00849-CV

Craig Erich **HEILMANN**,
Appellant

v.

Deanna Rae **HEILMANN**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2000-CI-02542
Honorable Laura Salinas, Judge Presiding

## O R D E R

The appellee's brief was originally due to be filed on September 19, 2019. The appellee's first motion for extension of time was granted, extending the deadline for filing the brief to October 21, 2019. On October 21, 2019, the appellee filed a motion requesting an additional extension of time to file the brief until November 20, 2019, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLEE WILL BE GRANTED**. The appellee's brief must be filed by November 20, 2019, or the case may set "at issue" and submitted without the appellee's brief.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk